| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Trevor Harris, §
    Plaintiff, §
§
v. § Civil Action H-21-377
§
Kroger Texas, L.P., et al., §
    Defendants. §

## Order of Adoption

On June 25, 2021, Magistrate Judge Peter Bray recommended that Trevor Harris's motion to remand be denied and that Defendant Philip Ingram be dismissed from the case. (18) No objections were filed. After considering the record and the law, the court adopts the report and recommendation as its memorandum and opinion.

Signed July 14 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge